FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 0 4 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 95-CR-119 (JBW) |
| v. | MEMORANDUM AND ORDER |
| JACK FERRANTI, | |
| Defendant | |

JACK B. WEINSTEIN, Senior District Judge:

The court has defendant's letter of November 1, 2005 requesting an adjournment of four to eight weeks.

In view of this longstanding evidentiary hearing date in this challenge to the judgment, the request for an adjournment is denied. If appropriate, continuances will be granted to ensure that the requirements of due process and fairness are met.

SO ORDERED.

_____
Jack B. Weinstein

Dated: November 2, 2005
Brooklyn, New York

1



\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE NOV-02-2005 \*\*\*\*\* TIME 14:30 \*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=NOV-02 14:27    END=NOV-02 14:30

FILE NO.=931

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK |  | 917818421430 | 002/002 | 00:00:40 |
| 002 | OK |  | 917182546478 | 002/002 | 00:00:53 |

-HON.JACK B. WEINSTEIN -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -JBW        - \*\*\*\*\* -    1 718 260 2527- \*\*\*\*\*\*\*\*\*

Chambers of the Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Tel: (718) 260-2520

Fax: (718) 260-2527



UNITED STATES DISTRICT COURT, EASTERN DISTRICT, NY

PLEASE DELIVER IMMEDIATELY UPON RECEIPT

Date: 11/2/05

To: VIVIAN SHEVITZ/INGA PARSONS    781-842-1430
    EMILY BERGER          Fax No.: 718-254-6478

From: HON. JACK B. WEINSTEIN by CASE MANAGER JUNE LOWE (718)260-2525

Number of pages including cover sheet: 2

Re:

PLEASE CALL CHAMBERS IF YOU RECEIVE AN INCOMPLETE TRANSMISSION.